IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHENG VANG

    Petitioner,

                                                              Case No. 17-cv-902-wmc

  v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Pheng Vang, denying his petition under 28 U.S.C. § 2255.

      s/V. Olmo, Deputy Clerk                    12/29/2021
    Peter Oppeneer, Clerk of Court                  Date