IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHENG VANG,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

**NOTICE OF APPEAL**

Crim No. 3:16-00059-WMC

### NOTICE OF APPEAL

COMES Petitioner, PHENG VANG, appearing *pro se,* and timely gives notice of his intention to appeal the December 29, 2021 Opinion and Order entered by Judge William M. Conley [Doc. 110] denying Vang's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

Pheng Vang
Reg. No. 10555-090
FCI PEKIN
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
PEKIN, IL 61555
Appearing *Pro Se*